**Motion granted and Abatement Order filed April 26, 2022.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-22-00011-CV**
**NO. 14-22-00139-CV**
_____

**BASIM MOUSILLI, Appellant**

**V.**

**NOURA SWEED, Appellee**

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-49635**

## ABATEMENT ORDER

Appellant has filed an agreed motion for extension of briefing schedule seeking an extension of the briefing period, as the parties have reached a settlement in principle and only need to finalize relevant paperwork. The motion states an agreed motion to vacate will be filed pursuant to the not yet finalized settlement. As the motion for extension of briefing schedule has merit, the court grants the motion.

The appeals are abated, treated as closed cases, and removed from this court's active docket for ninety days from the date of this order. The appeals will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeals or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeals filed by any party, or the court may reinstate the appeals on its own motion.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Poissant.